# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER DIXON, | Civil Action No. 1:20-cv-00915-TSB |
| **Plaintiff,** | JUDGE TIMOTHY S. BLACK |
| v. | |
| WAL-MART STORES EAST LP, et al., | |
| **Defendants.** | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their respective attorneys, hereby stipulate to the dismissal of this matter, *with prejudice*, with each party to bear their own court costs and attorney's fees.

| | |
|---|---|
| /s/ Tod J. Thompson (via email authorization) | /s/ Allison L. Goico |
| Tod J. Thompson (0076446) | Allison L. Goico (0088777) |
| 810 Sycamore Street, Floor Three | Jonathan Kelly (0095783) |
| Cincinnati, Ohio 45202 | DINSMORE & SHOHL LLP |
| Telephone: (513) 322-4348 | 255 E. Fifth Street, Suite 1900 |
| Facsimile: (513) 263-9001 | Cincinnati, Ohio 45202 |
| tod@tthompsonlaw.com | Telephone: (513) 977-8200 |
| | Facsimile: (513) 977-8141 |
| Joseph F. Albrechta (0008478) | allison.goico@dinsmore.com |
| John A. Coble (0016445) | jon.kelly@dinsmore.com |
| ALBRECHTA & COBLE, Ltd. | |
| 2228 Hayes Avenue, Suite A | *Counsel for Defendant* |
| Fremont, Ohio 43420 | |
| Telephone: (419) 332-9999 | |
| Facsimile: (419) 333-8147 | |
| kwitte@lawyer-ac.com | |
| jcoble@lawyer-ac.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Allison L. Goico
Allison L. Goico